In Re: Roger D. King  
      Regina M. King

Case No. 01-10188-H  
Chapter 13

Debtor(s)

Judge: Arthur I. Harris

## TRANSMITTAL OF UNCLAIMED FUNDS

Craig Shopneck, Standing Chapter 13 Trustee, reports the following:

1. The above captioned case was plan completed. As a result, the Trustee has made a distribution to the following Creditor(s):

   Peterbilt of Cleveland Inc     Check No. 198371     $1,749.52  
   DBA Express Truck Repair  
   4786 Dressler Rd NW  
   Canton OH 44718-2555

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check.

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $1,749.52 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: March 24, 2005

Craig Shopneck (#0009552)  
Chapter 13 Trustee  
200 Public Square  
BP Tower, Suite 3860  
Cleveland, OH 44114  
(216) 621-4268